IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| United States of America, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|   v. | ) | Cr. No. 03-196-01-PB |
| | ) | |
| Trudy Goodwin, | ) | |
|     Defendant, | ) | |
| | ) | |
|   and | ) | |
| | ) | |
| TD Bank, | ) | |
|     Garnishee. | ) | |

ORDER TO QUASH
WRIT OF CONTINUING GARNISHMENT

On April 9, 2012, a Writ of Continuing Garnishment and Clerk's Notice of Continuing Garnishment were issued in the above-captioned action by James R. Starr, Clerk, United States District Court. In accordance with the terms of the Writ of Continuing Garnishment, on April 14, 2012, accounts in the name of Trudy Goodwin, held by TD Bank, were levied on by the United States of America. Copies of the Application, Clerk's Notice and Writ of Continuing Garnishment were sent to defendant, Trudy Goodwin, by certified mail on April 20, 2012.

Due to the minute balance in the accounts, the United States does not request a turnover of these funds. Accordingly, it is

ORDERED that funds in the approximate amount of $689.91 seized on April 14, 2012, from accounts in the name of Trudy Goodwin, which are in the possession, custody or control of TD Bank, be released back to the defendant, Trudy Goodwin, and it is

ORDERED that the Writ of Continuing Garnishment issued on April 14, 2012, to TD Bank, is hereby quashed.

IT IS SO ORDERED.

/s/ Paul Barbadoro
U.S. District Court Judge

DATED: April 20, 2012

cc: Michael T. McCormack, AUSA
    Trudy Goodwin, pro se
    TD Bank